## DRYBREAD v. STATE OF INDIANA.

[No. 13,618.   Filed March 28, 1929.]

*Featherngill & Drybread* and *Walter L. Neible,* for appellant.
*Arthur L. Gilliom,* Attorney-General, and *Harry L. Gause,* Deputy Attorney-General, for the State.

PER CURIAM.—Reversed, on authority of *Wallace* v. *State* (1927), 199 Ind. 317, 157 N. E. 657.
Nichols, J., not participating.

## DALE v. STATE OF INDIANA.

[No. 13,636.   Filed March 29, 1929.]

*Walterhouse & Miller,* for appellant.
*Arthur L. Gilliom,* Attorney-General, for the State.

PER CURIAM.—The attorney-general has filed herein a confession of error.   On such confession, this cause is reversed, with instructions to sustain the motion for a new trial.

## BECK v. STATE OF INDIANA.

[No. 13,606.   Filed March 28, 1929.]

*S. A. Callahan* and *Leonard, Rose & Zollars,* for appellant.
*Arthur L. Gilliom,* Attorney-General, and *Edward J. Lennon, Jr.,* Deputy Attorney-General, for the State.

PER CURIAM.—Judgment affirmed.